UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| NEVADA RESTAURANT SERVICES, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:11-cv-00795-APG-PAL |
| vs. | ) ) | **MINUTES OF PROCEEDINGS** |
| CLARK COUNTY, et al., | ) ) | DATED: April 19, 2013 |
| Defendants. | ) ) ) | |

PRESENT:  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

JUDICIAL ASSISTANT: Teresa K. Hoskin     RECORDER/TAPE #   None

COUNSEL FOR PLAINTIFF: Randall Jones, Tim O'Reilly

COUNSEL FOR DEFENDANTS: Thomas Dillard

PROCEEDING: Conference Call regarding Request to Continue Settlement Conference (Dkt. #59)

　　　The court conducted a conference call with counsel commencing at 9:30 a.m., concerning the Request to Continue the Settlement Conference. (Dkt. #59).  The request to continue pointed out that a motion for summary judgment and cross motion for summary judgment are fully briefed and under submission to the district judge.  The motions involve legal challenges to a Clark County Ordinance.  As any settlement would require a vote of the Clark County Board of Commissioners counsel were doubtful that a settlement conference would be productive without a decision of the pending motions.
　　　The court advised counsel that this matter was referred for a settlement conference by the district judge.  The case has since been reassigned to the Honorable Andrew P. Gordon.  Any request for relief from the district judge's order referring this matter for a settlement conference must therefore be made to the district judge.  Counsel for the parties indicated they would jointly apply for a status conference before the district judge to address these matters.

　　　This court will grant a continuance of the date to resolve the parties conflict, but the settlement conference will be conducted absent an order from the district judge reconsidering the referral.

　　　The conference call concluded at 9:45 a.m.

**IT IS ORDERED** that:
1. The parties' Request to Continue the Settlement Conference (Dkt. #59) is **GRANTED**.
2. The settlement conference currently scheduled for June 21, 2013, at 9:30 a.m. is **CONTINUED** to **June 25, 2013, at 9:30 a.m.**  The confidential statements to be received in chambers currently due to chambers on June 14, 2013, is **CONTINUED** to **June 18, 2013,** and shall be to chambers before 4:00 p.m.  All other instructions for the settlement conference remain as stated in the Order Setting the Settlement Conference (Dkt. #58).

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE